CLARICE C. LIU (SBN 160555)
LIU EMPLOYMENT LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 288-8622
Facsimile: (415) 288-8633
Email: ccl@liuemploymentlaw.com

Attorneys for Plaintiff
IAN SPANDOW

Vedder Price (CA), LLP
Brendan Dolan, Bar No. 126732
bdolan@vedderprice.com
Lucky Meinz, Bar No. 260632
lmeinz@vedderprice.com
Zachary Scott, Bar No. 281647
zscott@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
T: (415) 749-9500
F: (415) 749-9502

Attorneys for Defendant
ORACLE AMERICA, INC. and
ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN SPANDOW,<br><br>           Plaintiff,<br><br>     v.<br><br>ORACLE AMERICA, INC., ORACLE CORPORATION, and DOES 1 through 100, inclusive,<br><br>           Defendants. | CASE NO. C-14-00095-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUTOFF DATE** |

Whereas, the Court's current Order for Pretrial Preparation entered April 23, 2014 sets the close of discovery for March 31, 2015 (Docket #20, p. 1);

Whereas, due to the voluminous electronic documents involved in discovery production as well as the number of witness depositions in this matter, Plaintiff IAN SPANDOW and Defendants ORACLE AMERICA, INC. and ORACLE CORPORATION (the "Parties") anticipate that additional time will be required for the completion of the document production and depositions in this matter; and

Whereas, the parties have agreed to continue the discovery deadline in this matter for thirty (30) days until April 30, 2015 to address these matters, and agree that they can do so without disturbing any other date or deadline in the Court's April 23, 2014 Order for Pretrial Preparation. Therefore, the Parties stipulate as follows:

## STIPULATION

The Parties, by and through their counsel duly authorized, hereby stipulate to and request that the Court enter an Order continuing the discovery cutoff date until April 30, 2015.

DATED: January 27, 2015        LIU EMPLOYMENT LAW FIRM

By: _____
CLARICE C. LIU
Attorney for Plaintiff IAN SPANDOW

DATED: January 27, 2015        VEDDER PRICE

By: _____
BRENDAN DOLAN
ZACHARY SCOTT
Attorneys for Defendant ORACLE AMERICA, INC.

-2-
STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUTOFF DATE

LIU EMPLOYMENT LAW FIRM<br>ONE SANSOME STREET, SUITE 3500<br>SAN FRANCISCO, CA 94104<br>(415) 288-8622

1
2
3
4
5
6
7
8

### [PROPOSED] ORDER

**GOOD CAUSE APPEARING**, the Stipulation of the Parties is hereby GRANTED. The April 23, 2014 Order for Pretrial Preparation is hereby modified such that the Close of Discovery in this action is now April 30, 2015.

**IT IS SO ORDERED.**

Dated:  1/29/2015

_Saundra B. Armstrong_
Hon. Saundra Brown Armstrong
Judge of the United States District Court

STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUTOFF DATE