AO 133 (Rev. 06/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Ian Spandow | ) | |
| v. | ) | Case No.: C-14-00095-SBA |
| Oracle America, Inc., Oracle Corporation, and Does 1 through 100, inclusive | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on 8/19/2015 (*Date*) against Plaintiff Ian Spandow, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 12,297.95 |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(please itemize)* | |
| TOTAL | $ 12,297.95 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: s/Brendan Dolan

Name of Attorney: Brendan Dolan

For: Defendants Oracle America, Inc. and Oracle Corporation (*Name of Claiming Party*) Date: 8/28/2015

## Taxation of Costs

Costs are taxed in the amount of ____________ and included in the judgment.

AO 133 (Rev. 06/09) Bill of Costs

By: ______________________ ______________

*Clerk of Court* *Deputy Clerk* *Date*

AO 133 (Rev. 06/09) Bill of Costs

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | **TOTAL** | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:** **45-3463120**
Toll Free (800) 211-DEPO
Fax (856) 437-5009



BRENDAN DOLAN ,ESQ
VEDDER PRICE, PC - SAN FRANCISCO
SUITE 2464
275 BATTERY STREET
SAN FRANCISCO, CA 94111

## *Invoice # ESQ302952*

| | |
|---|---|
| **Invoice Date** | 05/06/2015 |
| **Terms** | NET 30 |
| **Payment Due** | 06/05/2015 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/21/2015 | SPANDOW VS. ORACLE | 314157 | 04/29/2015 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 04/21/2015, MATTHEW BENELLI | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 647.50 |
| EXHIBITS | $ 38.00 |
| HANDLING FEE | $ 20.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| SUMMARY | $ 105.00 |
| | $ 845.50 |
| DELIVERY-OTHER | $ 25.00 |
| | $ 25.00 |
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 06/20/2015** | **$ 870.50** |
| Amount Due After 06/20/2015 | $ 957.55 |

---

**Tax Number:** **45-3463120**

Please detach and return this bottom portion with your payment or pay online at **www.esquireconnect.com**

VISA MasterCard DISCOVER AMERICAN EXPRESS

ESQUIRE

| | |
|---|---|
| Invoice #: | ESQ302952 |
| Payment Due: | 06/05/2015 |
| **Amount Due On/Before 06/20/2015** | **$ 870.50** |
| Amount Due After 06/20/2015 | $ 957.55 |

BRENDAN DOLAN ,ESQ
VEDDER PRICE, PC - SAN FRANCISCO
SUITE 2464
275 BATTERY STREET
SAN FRANCISCO, CA 94111

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

223 0000302952 05062015 0 000087050 0 06052015 06202015 9 000095755 21




# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 14359 | 05/14/2015 | 01-21675 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/24/2015 | AMY3 | 4:14-CV-00095- |

| CASE CAPTION |
|---|
| Spandow vs Oracle |

| TERMS |
|---|
| Net 30 |

**Brendan G. Dolan, Esq.**
**Vedder Price**
**275 Battery Street, Suite 2464**
**San Francisco, CA 94111**

Transcript of:
Melissa Bogers

| | | |
|---|---|---|
| One Certified Transcript | 144.00 Pages | 511.20 |
| Exhibits | 50.00 Pages | 25.00 |
| CD (Transcript/Exhibits) | | 25.00 |
| Processing Fee | | 40.00 |
| Delivery | | n/c |
| | **TOTAL DUE >>>>** | **601.20** |
| | AFTER 06/28/2015 PAY | 610.22 |

Thank you for choosing Jan Brown & Associates. We appreciate your business!

Please pay within 30 days of this invoice.
There will be a 1.5% interest charge per month on late invoices.

**TAX ID NO. :** 45-3540673

*Please detach bottom portion and return with payment.*

Brendan G. Dolan, Esq.
Vedder Price
275 Battery Street, Suite 2464
San Francisco, CA 94111

Invoice No. : 14359
Date : 05/14/2015
**TOTAL DUE : 601.20**
AFTER 6/28/2015 PAY : 610.22

Job No. : 01-21675
Case No. : 4:14-CV-00095-SBA
Spandow vs Oracle

Remit To: **Jan Brown & Associates** **scheduling@janbrownassociates.com**
**P. O. Box 2490** **415.981.3498**
**San Francisco, CA 94126**

Jan Brown & Associates
(800) 522-7096

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 14345 | 05/14/2015 | 01-21674 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/23/2015 | AMY3 | 4:14-CV-00095- |

**CASE CAPTION**

Spandow vs Oracle

**TERMS**

Net 30

Brendan G. Dolan, Esq.
Vedder Price
275 Battery Street, Suite 2464
San Francisco, CA 94111

Transcript of:
Susan Downey

| Item | Qty | Amount |
|---|---|---|
| One Certified Transcript | 168.00 | 596.40 |
| Exhibits | 25.00 Pages | 12.50 |
| CD (Transcript/Exhibits) | | 25.00 |
| Processing Fee | | 40.00 |
| Delivery | | 25.00 |

**TOTAL DUE >>>> 698.90**

AFTER 06/28/2015 PAY 709.38

Thank you for choosing Jan Brown & Associates. We appreciate your business!

Please pay within 30 days of this invoice.
There will be a 1.5% interest charge per month on late invoices.

**TAX ID NO.:** 45-3540673

*Please detach bottom portion and return with payment.*

Brendan G. Dolan, Esq.
Vedder Price
275 Battery Street, Suite 2464
San Francisco, CA 94111

Invoice No.: 14345
Date : 05/14/2015
**TOTAL DUE : 698.90**
AFTER 6/28/2015 PAY : 709.38

Job No. : 01-21674
Case No. : 4:14-CV-00095-SBA
Spandow vs Oracle

Remit To: **Jan Brown & Associates scheduling@janbrownassociates.com
P. O. Box 2490 415.981.3498
San Francisco, CA 94126**




# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 14131 | 04/24/2015 | 01-21733 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/16/2015 | JOHN2 | 4:14-CV-00095- |

| CASE CAPTION |
|---|
| Spandow vs Oracle |
| **TERMS** |
| Net 30 |

Brendan G. Dolan, Esq.
Vedder Price
275 Battery Street, Suite 2464
San Francisco, CA 94111

| Certified Copy of Transcript: | | |
|---|---|---|
| Ryan Kelley | 138 Pages | 476.10 |
| Exhibits | 65.00 Pages | 32.50 |
| CD (Transcript/Exhibits) | | 25.00 |
| Processing Fee | | 40.00 |
| Delivery | | n/c |
| | **TOTAL DUE >>>>** | **573.60** |
| | AFTER 06/08/2015 PAY | 582.20 |

Thank you for choosing Jan Brown & Associates. We appreciate your business!

Please pay within 30 days of this invoice.
There will be a 1.5% interest charge per month on late invoices.

**TAX ID NO.:** 45-3540673

*Please detach bottom portion and return with payment.*

Brendan G. Dolan, Esq.
Vedder Price
275 Battery Street, Suite 2464
San Francisco, CA 94111

Invoice No.: 14131
Date : 04/24/2015
**TOTAL DUE : 573.60**
AFTER 6/8/2015 PAY : 582.20

Job No. : 01-21733
Case No. : 4:14-CV-00095-SBA
Spandow vs Oracle

Remit To: **Jan Brown & Associates** **scheduling@janbrownassociates.com**
**P. O. Box 2490** **415.981.3498**
**San Francisco, CA 94126**




# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 14076 | 04/22/2015 | 01-21733 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/16/2015 | JOHN2 | 4:14-CV-00095- |
| **CASE CAPTION** | | |
| Spandow vs Oracle | | |
| **TERMS** | | |
| Net 30 | | |

Brendan G. Dolan, Esq.
Vedder Price
275 Battery Street, Suite 2464
San Francisco, CA 94111

| Certified Copy of Transcript: | | |
|---|---|---|
| Jeff Perry | 97 Pages | 334.65 |
| Exhibits | 13.00 Pages | 6.50 |
| CD (Transcript/Exhibits) | | 25.00 |
| Processing Fee | | 40.00 |
| Delivery | | 25.00 |
| | **TOTAL DUE >>>>** | **431.15** |
| | AFTER 06/06/2015 PAY | 437.62 |

Thank you for choosing Jan Brown & Associates. We appreciate your business!

Please pay within 30 days of this invoice.
There will be a 1.5% interest charge per month on late invoices.

**TAX ID NO. :** 45-3540673

*Please detach bottom portion and return with payment.*

Brendan G. Dolan, Esq.
Vedder Price
275 Battery Street, Suite 2464
San Francisco, CA 94111

Invoice No.: 14076
Date : 04/22/2015
**TOTAL DUE : 431.15**
AFTER 6/6/2015 PAY : 437.62

Job No. : 01-21733
Case No. : 4:14-CV-00095-SBA
Spandow vs Oracle

Remit To: **Jan Brown & Associates** **scheduling@janbrownassociates.com**
**P. O. Box 2490** **415.981.3498**
**San Francisco, CA 94126**

# INVOICE




File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 473342 | 3/18/2015 | 389098 |
| **Job Date** | **Case No.** | |
| 3/5/2015 | C-14-00095-sba | |
| **Case Name** | | |
| Ian Spendow v. Oracle | | |
| **Payment Terms** | | |
| COD - Interest @ 1.5%/mo after 30 days | | |

Brendan Gerard Dolan
Vedder Price LLP
275 Battery Street Suite 2464
San Francisco CA 94111

1 Certified Copy/Index transcript of deposition of:
Tatyana Rozenblum — 540.14

**TOTAL DUE >>> $540.14**

You are now able to submit your payment on our website.

**Tax ID:** 95-3312349

Phone: (415) 749-9530 Fax:

*Please detach bottom portion and return with payment.*

Brendan Gerard Dolan
Vedder Price LLP
275 Battery Street Suite 2464
San Francisco CA 94111

Job No. : 389098 BU ID :.BCR - SF
Case No. : C-14-00095-sba
Case Name : Ian Spendow v. Oracle

Invoice No. : 473342 Invoice Date : 3/18/2015
**Total Due : $ 540.14**

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles CA 90074**

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

JG RS Jane GROSSMAN REPORTING Services
CERTIFIED SHORTHAND REPORTERS
1939 Harrison Street, Suite 460, Oakland, California 94612
Tel: 510.444.4500 Fax: 510.444.3700
Email: reporters@grossmanreporting.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 34230 | 03/23/2015 | 01-13799 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/20/2015 | GROSJA | CV140095SBA |

**CASE CAPTION**

Spandow vs. Oracle America, Inc., et al.

**TERMS**

Due upon receipt

**Brendan Dolan**
**Vedder Price, P.C.**
**275 Battery Street, Suite 2464**
**San Francisco, CA 94111**

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Ian Spandow - Volume I 2,605.15

**TOTAL DUE >>>> 2,605.15**

AFTER 05/22/2015 PAY 2,865.67

Expedited delivery, per your request. Thank you.

**TAX ID NO.:** 94-2783527 (415) 749-9500 Fax (415) 749-9502

*Please detach bottom portion and return with payment.*

Brendan Dolan
Vedder Price, P.C.
275 Battery Street, Suite 2464
San Francisco, CA 94111

Invoice No.: 34230
Date : 03/23/2015
**TOTAL DUE : 2,605.15**
AFTER 5/22/2015 PAY : 2,865.67

Job No. : 01-13799
Case No. : CV140095SBA
Spandow vs. Oracle America, Inc., et

Remit To: **Jane Grossman Reporting Services**
**Tel. 510.444.4500 Fax 510.444.3700**
**1939 Harrison Street, Suite 460**
**Oakland, CA 94612**

JGRS
Jane GROSSMAN
REPORTING Services
CERTIFIED SHORTHAND REPORTERS
1939 Harrison Street, Suite 460, Oakland, California 94612
Tel: 510.444.4500 Fax: 510.444.3700
Email: reporters@grossmanreporting.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 34256 | 04/03/2015 | 02-13814 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/20/2015 | EUREK1 | CV140095SBA |

**CASE CAPTION**

Spandow vs. Oracle America, Inc., et al.

**TERMS**

Due upon receipt

**Brendan Dolan**
**Vedder Price, P.C.**
**275 Battery Street, Suite 2464**
**San Francisco, CA 94111**

Video Services for Deposition of
Ian Spandow - Volume I

| Item | Quantity | Amount |
|---|---|---|
| VS-01 On-Site Production | 6.50 Hours | 617.50 |
| VS-02 Orig Digital Stock | 3.00 Tapes | 60.00 |
| VS-03 CD/DVD Copies | 3.00 Tapes | 180.00 |
| VS-05 File Synch | 3.00 Tapes | 255.00 |
| VS-06 Parking | | 20.00 |
| VS-07 Media Handling | | 15.00 |
| **TOTAL DUE >>>>** | | **1,147.50** |
| AFTER 06/02/2015 PAY | | 1,262.25 |

Thank you.

**TAX ID NO.:** 94-2783527 (415) 749-9500 Fax (415) 749-9502

*Please detach bottom portion and return with payment.*

Brendan Dolan
Vedder Price, P.C.
275 Battery Street, Suite 2464
San Francisco, CA 94111

Invoice No.: 34256
Date : 04/03/2015
**TOTAL DUE : 1,147.50**
AFTER 6/2/2015 PAY : 1,262.25

Job No. : 02-13814
Case No. : CV140095SBA
Spandow vs. Oracle America, Inc., et

Remit To: **Jane Grossman Reporting Services**
**Tel. 510.444.4500 Fax 510.444.3700**
**1939 Harrison Street, Suite 460**
**Oakland, CA 94612**

JGRS Jane GROSSMAN REPORTING Services
CERTIFIED SHORTHAND REPORTERS
1939 Harrison Street, Suite 460, Oakland, California 94612
Tel: 510.444.4500 Fax: 510.444.3700
Email: reporters@grossmanreporting.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 34243 | 03/30/2015 | 01-13820 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/25/2015 | GROSJA | CV140095SBA |

| CASE CAPTION |
|---|
| Spandow vs. Oracle America, Inc., et al. |
| **TERMS** |
| Due upon receipt |

**Brendan Dolan**
**Vedder Price, P.C.**
**275 Battery Street, Suite 2464**
**San Francisco, CA 94111**

| | |
|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: Ian Spandow - Vol. II | 2,742.21 |
| **TOTAL DUE >>>>** | **2,742.21** |
| AFTER 05/29/2015 PAY | 3,016.43 |

Expedited delivery, per your request. Thank you.

**TAX ID NO. :** 94-2783527

(415) 749-9500 Fax (415) 749-9502

*Please detach bottom portion and return with payment.*

Brendan Dolan
Vedder Price, P.C.
275 Battery Street, Suite 2464
San Francisco, CA 94111

Invoice No. : 34243
Date : 03/30/2015
**TOTAL DUE : 2,742.21**
AFTER 5/29/2015 PAY : 3,016.43

Job No. : 01-13820
Case No. : CV140095SBA
Spandow vs. Oracle America, Inc., et

Remit To: **Jane Grossman Reporting Services**
**Tel. 510.444.4500 Fax 510.444.3700**
**1939 Harrison Street, Suite 460**
**Oakland, CA 94612**



Jane GROSSMAN
REPORTING Services
CERTIFIED SHORTHAND REPORTERS
1939 Harrison Street, Suite 460, Oakland, California 94612
Tel: 510.444.4500 Fax: 510.444.3700
Email: reporters@grossmanreporting.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
| --- | --- | --- |
| 34257 | 04/03/2015 | 02-13821 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/25/2015 | EUREK1 | CV140095SBA |

**CASE CAPTION**

Spandow vs. Oracle America, Inc., et al.

**TERMS**

Due upon receipt

**Brendan Dolan**
**Vedder Price, P.C.**
**275 Battery Street, Suite 2464**
**San Francisco, CA 94111**

Video Services for Deposition of
Ian Spandow - Volume II

| Item | Quantity | Amount |
| --- | --- | --- |
| VS-01 On-Site Production | 8.25 Hours | 783.75 |
| VS-02 Orig Digital Stock | 4.00 Tapes | 80.00 |
| VS-03 CD/DVD Copies | 4.00 Tapes | 240.00 |
| VS-05 File Synch | 3.50 Tapes | 297.50 |
| VS-06 Parking | | 32.00 |
| VS-07 Media Handling | | 15.00 |
| **TOTAL DUE >>>>** | | **1,448.25** |
| AFTER 06/02/2015 PAY | | 1,593.08 |

Thank you.

**TAX ID NO.:** 94-2783527

(415) 749-9500 Fax (415) 749-9502

*Please detach bottom portion and return with payment.*

Brendan Dolan
Vedder Price, P.C.
275 Battery Street, Suite 2464
San Francisco, CA 94111

Invoice No.: 34257
Date : 04/03/2015
**TOTAL DUE : 1,448.25**
AFTER 6/2/2015 PAY : 1,593.08

Job No. : 02-13821
Case No. : CV140095SBA
Spandow vs. Oracle America, Inc., et

Remit To: **Jane Grossman Reporting Services**
**Tel. 510.444.4500 Fax 510.444.3700**
**1939 Harrison Street, Suite 460**
**Oakland, CA 94612**

# INVOICE

BARKLEY Court Reporters
barkley.com
File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 473981 | 3/31/2015 | 390031 |
| **Job Date** | **Case No.** | |
| 3/17/2015 | C-14-00095-sba | |
| **Case Name** | | |
| Ian Spendow v. Oracle | | |
| **Payment Terms** | | |
| COD - Interest @ 1.5%/mo after 30 days | | |

Brendan Gerard Dolan
Vedder Price LLP
275 Battery Street Suite 2464
San Francisco CA 94111

1 Certified Copy/Index transcript of deposition of:
Keith Trudeau — 639.35

**TOTAL DUE >>> $639.35**

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

You are now able to submit your payment on our website.

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

**Tax ID:** 95-3312349

Phone: (415) 749-9530 Fax:

*Please detach bottom portion and return with payment.*

Brendan Gerard Dolan
Vedder Price LLP
275 Battery Street Suite 2464
San Francisco CA 94111

Job No. : 390031 BU ID :.BCR - SF
Case No. : C-14-00095-sba
Case Name : Ian Spendow v. Oracle

Invoice No. : 473981 Invoice Date :3/31/2015
**Total Due : $ 639.35**

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles CA 90074**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name: ______
Card Number: ______
Exp. Date: ______ Phone#: ______
Billing Address: ______
Zip: ______ Card Security Code: ______
Amount to Charge: ______
Cardholder's Signature: